AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11 Cr. 576 (PKC) |
| Javon Jones | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Javon Jones

Date:       10/28/2021

*Attorney's signature*

David Stern, Esq., Bar No. DS4504
*Printed name and bar number*

100 Lafayette Street, Suite 501
New York, New York 10013

*Address*

dstern@rssslaw.com
*E-mail address*

(212) 571-5500
*Telephone number*

(212) 571-5507
*FAX number*