AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Case No. 1:11CR00576-08 (WHP) |
| | ) |
| Javon Jones | ) |
| | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Javon Jones, who is accused of an offense or violation based on the following document filed with the court:

__X__ Supervised Release Violation Petition

This offense is briefly described as follows:

Violation of the Conditions of Supervised Release as outlined in the petition.

Date: ___7/25/2022___                    _____
                                                  *Issuing officer's signature*

City and state: New York, NY              Honorable P. Kevin Castel, Senior U.S. District Judge
                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* 7/25/2, and the person was arrested on *(date)* 7/29/22 at *(city and state)* new York, NY

Date: 7/29/22                              _____
                                                  *Arresting officer's signature*

City and state: NY, NY                    C. Kemmlein 3168 7 DUSM
                                                  *Printed name and title*