

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 5, 2025

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**    ***United States v. Javon Jones*, 11 Cr. 576 (PKC)**

Dear Judge Castel,

The parties write to request an adjournment of the status conference scheduled for February 5, 2025 at 2:00 p.m., in the above referenced matter. The defendant's next court date in the state court action related to the pending specifications is on or about February 7, 2025. The status of the defendant's state court case may affect the parties' negotiation regarding a resolution of the pending specifications. Also, Noah Joseph, the U.S. Probation Officer assigned to the case, is also not available to appear in person today. Accordingly, the parties request that today's conference be adjourned. The parties are available to appear on February 27, 2025 at 11:00 a.m., and understand from Chambers' staff that the Court is also available then. We apologize for the late notice for this request.

        Respectfully submitted,

        DANIELLE R. SASSOON
        United States Attorney

  by:   Camille L. Fletcher
        Camille L. Fletcher
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2383