

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 9, 2026

**BY ECF**

The hearing on the VSOR is adjourned from March 11, 2026 to October 14, 2026 at 11:00 a.m. in Courtroom 11D, subject to the date being accelerated based on new developments. SO ORDERED.

Dated:  3/9/2026

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

P. Kevin Castel
United States District Judge

Re:    *United States v. Javon Jones*, 11 Cr. 576 (PKC)

Dear Judge Castel,

The parties write to request an adjournment of the status conference scheduled for March 11, 2026 at 11:00 a.m., in the above referenced matter. Defense counsel is traveling, and therefore unavailable to appear at that time. Further, the defendant's Connecticut state court action, which are related to the specifications, is expected to be scheduled for a trial set to begin within the next 12 to 18 months. The status of the defendant's state court case may affect the parties' negotiation regarding a resolution of the pending specifications. We also understand from U.S. Probation Officer, Noah Joseph, that the defendant is working and otherwise compliant with his conditions of supervised release.

Accordingly, the Government requests that the conference be adjourned for six months. The Government will of course alert the Court if any issues arise before the next scheduled conference.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:    Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383